# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:14CR271 LJO-SKO |
| HUMBERTO BUCIO DELGADO | |
| Defendant. | |

FILED
JUL 24 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Humberto Bucio Delgado
Detained at: FRESNO COUNTY JAIL
Detainee is:
 a.) ☐ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
      charging detainee with: _____
 or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
 a.) ☒ return to the custody of detaining facility **after appearing on July 24, 2015 @1:30 pm**
 or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

**Appearance is necessary July 24, 2015 in the Eastern District of California.**

| | |
|---|---|
| Signature: | /s/ Kathleen A. Servatius |
| Printed Name & Phone No: | Kathleen A. Servatius |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on July 24, 2015 at 1:30 p.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 7-24-2015

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male  ☐Female | |
| Booking or CDC #: | | DOB: | |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | CII | |

### RETURN OF SERVICE

Executed on: _____
(signature)