1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

FILED

JUL 30 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:14-CR-271 LJO-SKO

12                   Plaintiff,            ~~[PROPOSED]~~ PROTECTIVE ORDER

13           v.

14  HUMBERTO BUCIO DELGADO,

15                   Defendant.

16

17         The United States of America, by and through BENJAMIN B. WAGNER, United States

18  Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, having moved for a

19  Protective Order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and good cause

20  appearing therefore, and over the objection of Defense Counsel Bateman,

21         IT IS HEREBY ORDERED THAT:

22         Defense Counsel shall not relay, reveal, or communicate the information obtained from the

23  Assistant United States Attorney Kathleen A. Servatius during communications regarding a potential

24  conflict of interest in the above-captioned matter to anyone else, including Humberto Bucio Delgado,

25  until further order of the Court.

26  DATED: July 30, 2015                    _____
                                            Honorable Lawrence J. O'Neill
27

28

Protective Order
                                    1