UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721





## ORDER AND RECEIPT FOR TRIAL EXHIBITS

CASE NUMBER:     1:14-cr-00271-LJO-SKO

CASE NAME:       USA vs HUMBERTO BUCIO DELGADO

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, referenced or admitted the exhibit at trial**. The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case. Joint Exhibits will be returned to the Government unless otherwise agreed to by the parties in writing or on the record.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated:  **June 8, 2016**

_____
CHIEF DISTRICT JUDGE LAWRENCE J. O'NEILL


DATE EXHIBITS RETURNED:    June 8, 2016

Govt Attorney:  _[signature]_____


DATE EXHIBITS RETURNED:    June 8, 2016

Deft Attorney:  _[signature]_____


This document certifies that the above referenced exhibits were returned.


Date:  June 8, 2016

_____
**RENEE GAUMNITZ**
**Courtroom Clerk**