# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUMBERTO BUCIO DELGADO,<br><br>Defendants. | U.S.D.C. No. 1:14-cr-00271-LJO-SKO<br>Eastern District of California<br><br>[U.S.C.A. No. 16-10386]<br><br>~~[proposed]~~ **ORDER GRANTING APPOINTED COUNSEL'S REQUEST TO OBTAIN COPIES OF SEALED AND TRANSCRIPTS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the following sealed proceedings in this district court case are authorized to be transcribed and provided to appellate counsel, Andrea R. St. Julian.

| Document Number | Date of Proceeding; And Judicial Officer | Nature of Proceeding | Court Reporter |
|---|---|---|---|
| Dkt # 34 | 12/7/2015; Before Magistrate Judge Sheila K. Oberto | Hearing re Motion for New Counsel/Third Status Conference | ECRO/Otilia Rosales |

DATED: April 10, 2017

/s/ Lawrence J. O'Neill
Hon. Lawrence J. O'Neill
United States District Judge