# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent,<br><br>v.<br><br>HUMBERTO BUCIO DELGADO,<br><br>    Defendant-Petitioner. | CASE NOS. 1:14-CR-00271-LJO-SKO<br>                1:19-CV-00359-LJO<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>**(ECF NO. 112)** |

On March 18, 2019, Humberto Bucio Delgado ("Petitioner"), a federal prisoner proceeding *pro se*, filed a motion to vacate, set aside, or correct a sentence ("Motion") under Title 28, United States Code, Section 2255, raising Sixth Amendment claims of ineffective assistance of trial counsel. *See* ECF No. 112. Upon preliminary review of the Motion, the Court believes its decision making would be aided by the filing of a response by the United States. Accordingly,

**IT IS HEREBY ORDERED** that the Government shall file a response to Petitioner's Motion within **60 days**; and

**IT IS FURTHER ORDERED** that Petitioner shall have **60 days** to file his reply, from the date of the Government's filing.

IT IS SO ORDERED.

Dated:   **March 22, 2019**                     /s/ Lawrence J. O'Neill
                                                                      UNITED STATES CHIEF DISTRICT JUDGE