IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**HUMBERTO BUCIO-DELGADO,**<br><br>　　　　　　　Defendant. | CASE NO. 1:14-CR-00271 LJO<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255**<br><br>COURT: Hon. Lawrence J. O'Neill |

　　　The United States of America, by and through McGregor W. Scott, Assistant United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having requested an extension of time to respond to defendant Bucio-Delgado's Motion to Vacate Sentence until July 10, 2019, and good cause appearing therefore,

　　　IT IS FURTHER ORDERED that the Government's opposition to the defendant's motion shall be filed on or before July 10, 2019.

　　　IT IS FURTHER ORDERED that the defendant's reply in support of his motion shall be filed on or before September 10, 2019.

**IT IS SO ORDERED.**

**Dated:   June 25, 2019**　　　　　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES CHIEF DISTRICT JUDGE**