IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**HUMBERTO BUCIO-DELGADO,**<br><br>Defendant. | CASE NO. 1:14-CR-00271 LJO<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO PERMIT LATE FILING OF OPPOSITION TO DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255**<br><br>COURT: Hon. Lawrence J. O'Neill |

The United States of America, by and through McGregor W. Scott, Assistant United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having requested permission to file the Government's Opposition to defendant Bucio-Delgado's Motion to Vacate Sentence past the deadline of July 19, 2019, and on July 29, 2019, and good cause appearing therefore,

IT IS so ordered.

IT IS FURTHER ORDERED that the defendant's reply in support of his motion shall be filed on or before September 29, 2019.

IT IS SO ORDERED.

Dated: **July 31, 2019**             /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE

ORDER ON GOVERNMENT'S MOTION FOR EXTENSION OF TIME                    1